UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
MICHAEL SAUNDERS, on behalf of herself and all others similarly situated,

                Plaintiff,

        - against -

STRAIN STARS LLC,

                Defendant.
-------------------------------------------------------------------------------X

24 Civ. 5622 (DEH) (GS)

ORDER TO
SHOW CAUSE

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff Michael Saunders filed his Complaint on July 25, 2024 (Dkt. No. 1), and a summons was issued on July 26, 2024 (Dkt. No. 4). So far as the docket reflects, as of the date of this Order, Plaintiff has not served the summons and Complaint on Defendant Strain Stars LLC.

      Accordingly, it is hereby ORDERED that Plaintiff shall show cause, by submitting a letter to the Court by November 21, 2024, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Fed. R. Civ. P. 4(m), or, if Plaintiff believes that Defendant has been served, provide proof of such service and explain when and in what manner service was made.

      If Plaintiff fails to timely show good cause for why this action should not be dismissed, the undersigned will recommend to Judge Ho that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

      **SO ORDERED.**

DATED:   New York, New York
             November 4, 2024

                                              The Honorable Gary Stein
                                              United States Magistrate Judge